Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 09 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| DONNA TOLAND | § | C-16-195 |
| THOMAS TOLAND | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about February 11, 2016, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

DONNA TOLAND
and THOMAS TOLAND,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, approximately fifty-eight and eight-tenths (58.8) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

COUNT TWO

On or about February 11, 2016, in the Corpus Christi Division of the Southern District of

Texas and elsewhere within the jurisdiction of the Court, the defendants,

DONNA TOLAND
and THOMAS TOLAND,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, approximately fifty-eight and eight-tenths (58.8) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
JEFFREY S. MILLER
Assistant United States Attorney