UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 0 9 2016

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO: |
| | § | |
| DONNA TOLAND | § | C-16-195 |
| THOMAS TOLAND | § | |

## NOTICE OF RELATED CASE

COMES NOW the United States of America through Kenneth Magidson, United States Attorney in and for the Southern District of Texas, and files the following NOTICE OF RELATED CASE.

The following case is related to the instant case:

Case: United States v. ROBERTA BIGLER
Number: C-15-1000
Magistrate Judge: John D. Rainey
Status: Sentencing scheduled for March 21, 2016

These cases are the product of an investigation by agents from the United States Department of Homeland Security.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By:_____
JEFFREY S. MILLER
Assistant United States Attorney