UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-16-195 |
| | § | |
| DONNA TOLAND | § | |

### INFORMATION OF PRIOR CONVICTION AND NOTICE OF ENHANCEMENT OF PUNISHMENT PURSUANT TO TITLE 21, UNITED STATES CODE, SECTION 851

COMES NOW, the United States of America, by and through KENNETH MAGIDSON, United States Attorney in and for the Southern District of Texas, and the undersigned Assistant United States Attorney and hereby files this Information of Prior Conviction and Notice of Enhancement Punishment Pursuant to Title 21, United States Code, Section 851.

On or about March 1, 2001, the Defendant, Donna Toland, aka Donna Hearn, pleaded guilty to conspiracy to possess with intent to distribute less than 50 grams of methamphetamine, in U.S. District Court, Southern District of Texas, in case number 2:00CR00402-002, for which she received forty six (46) months custody in the U.S. Bureau of Prisons. *See* attached Judgment.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By:   /s/  *Jeffrey S. Miller*
JEFFREY S. MILLER
Assistant United States Attorney
FL State Bar 0033498
Southern District No. 1071031
800 N. Shoreline Blvd, Suite 500
Corpus Christi, Texas 77401
Tel. (361) 888-3111; Fax (361) 888-3200